[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-11083
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 17, 2011
JOHN LEY
CLERK

D.C. Docket No. 6:10-cr-00274-AKK-RRA-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TIMOTHY LEE CALVIN, a.k.a. Slim Thug,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

(November 17, 2011)

Before DUBINA, Chief Judge, HULL and BLACK, Circuit Judges.

PER CURIAM:

Tim Coyle, appointed counsel for Timothy Lee Calvin in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Calvin's conviction and sentence are **AFFIRMED**.